No. 467, Misc. HILL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States. ▮

No. 476, Misc. ZIZZO *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 490, Misc. SHERWOOD *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied. Petitioner *pro se. Harold W. Adams,* Attorney General of Oregon, for respondent.

No. 600, Misc. JOHN *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Doris H. Maier* and *Edsel W. Haws,* Deputy Attorneys General, for respondents.

No. 616, Misc. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 618, Misc. CAMPBELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 619, Misc. RIVERA-ESCUTE *v.* DELGADO, WARDEN. C. A. 1st Cir. Certiorari denied. *Santos P. Amadeo* for petitioner. *J. B. Fernandez-Badillo,* Solicitor General of Puerto Rico, for respondent. ▮